## BOARD OF COM'RS OF MAYES COUNTY v. VANN.

No. 7659—Opinion Filed July 25, 1916.

(159 Pac. 297.)

1. **Appeal and Error—Record—Questions Presented for Review—Entry of Judgment.**

Where the case-made does not affirmatively show that the judgment appealed from has been entered in the journal of the court, this court is without jurisdiction to review the same.

2. **Appeal and Error—Record—Authentication—Seal.**

Failure of the clerk to attest the signature of the trial judge to his certificate as to the correctness of the case-made, with the seal of the court, deprives this court of jurisdiction to consider said case-made.

(Syllabus by Rummons, C.)

Error from District Court, Mayes County; Preston S. Davis, Judge.

Action by Daniel W. Vann against the Board of County Commissioners of Mayes County, Okla. Judgment for plaintiff, and defendant brings error. Dismissed.

J. M. Hill, Co. Atty of Mayes County, for plaintiff in error.

Opinion by RUMMONS, C. The case-made in this case fails to affirmatively show that the judgment from which plaintiff in error appeals was entered upon the journal of the court. The case-made contains what appears to be a decree of the court, to which is attached a stipulation of the attorneys for the respective parties, agreeing that it is a true, correct, and exact copy of the decree, and that said decree was filed for record on the 10th day of September, 1915. It does not, however, appear where such decree was filed or that it was ever entered upon the journal of the court. This being the case there is nothing before this court for consideration. Mobley v. Chicago, R. I. & P. Ry. Co., 44 Okla. 788, 145 Pac. 321; Schuck v. Moore, 48 Okla. 533, 150 Pac. 461; Dodder v. Washita Lumber Co., 51 Okla. 25, 151 Pac. 679; In re Garland, 52 Okla. 585, 153 Pac. 153.

The certificate of the trial judge to the case-made is not attested by the seal of the court. We are therefore without jurisdiction to consider the case-made. Board of Commissioners v. State, 48 Okla. 477, 150 Pac. 455; Tarkenton v. Carpenter, 48 Okla. 498, 150 Pac. 482; Walker v. Walker, 54 Okla. 666, 154 Pac. 512. These fatal defects in the record deprive this court of jurisdiction to consider this appeal.

The appeal should therefore be dismissed.

By the Court: It is so ordered.

---

## BUTTS et al. v. ROTHSCHILD BROS. HAT CO.

No. 7505—Opinion Filed July 25, 1916.

(159 Pac. 245.)

**Appeal and Error—Liabilities on Bond—Judgment.**

In a case appealed to the Supreme Court where supersedeas bond has been given staying execution, and the judgment here is against the appellant, this court by virtue of the provisions of chapter 249, Sess. Laws 1915, will enter judgment against the sureties on such bond.

(Syllabus by Bleakmore, C.)

Error from District Court, Coal County; R. M. Rainey, Judge.

Action between J. W. Butts, Jr., and another and the Rothschild Brothers Hat Company. From the judgment, Butts and another bring error. Motion for judgment against sureties on supersedeas bond. Sustained.

George Trice, for plaintiffs in error.

Fooshee & Brunson, for defendant in error.

Opinion by BLEAKMORE, C. On appeal to this court from a judgment of the district court of Coal county, supersedeas bond was filed, executed by the plaintiffs in error as principals, and E. R. Bunch and R. A. Arnold as sureties, to stay said judgment. On July 11, 1916, there was judgment of this court against appellants; and motion has been filed herein for judgment against the sureties on such supersedeas bond. By virtue of the provisions of chapter 249, Sess. Laws 1915, as construed in Long v. Lang & Co., 49 Okla. 342, 152 Pac. 1078, the motion is sustained.

Judgment is therefore entered in this court against E. R. Bunch and S. A. Arnold, in the sum of $199.47, together with interest thereon at the rate of 6 per cent. per annum from the 29th day of September, 1914, and all costs of the action.

By the Court: It is so ordered.